**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7685**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TERENCE DEVON SCOTT,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.  Norman K. Moon, Senior District Judge.  (6:05-cr-00015-NKM-2)

Submitted:  February 16, 2012          Decided:  February 23, 2012

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terence Devon Scott, Appellant Pro Se.  Craig Jon Jacobsen, I, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terence Devon Scott appeals the district court's order denying his motion to reduce his sentence and its subsequent order denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Scott, No. 6:05-cr-00015-NKM-2 (W.D. Va. Nov. 17, 2011; Dec. 15, 2011) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED